**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

JANE DOE 9                                                                                 **PLAINTIFF**

VS.                                                  **CIVIL ACTION NO.: 3:14-cv-35-NBB-JMV**

RUST COLLEGE, ET AL.                                                        **DEFENDANTS**

## **ORDER**

This matter is before the court on Defendants' Motion to Stay Discovery [9], pending a ruling on their Rule 12(b)(6) Motion to Dismiss [6]. Upon due consideration of the unopposed motion and the fact that a case management conference has not been set this case, the court finds the motion to be well taken and it should be granted in part.

The court hereby orders that discovery in the above-captioned cause of action is temporarily **STAYED** until the earlier of the disposition of the Motion to Dismiss by David Beckley and Rust College [6] or sixty (60) days from entry of this order. Upon the first occurrence of either, the parties shall contact the court within five (5) days to request a status conference.

**SO ORDERED**, this the 30th day of June 2014.

                                                                    /s/ Jane M. Virden
                                                                    **UNITED STATES MAGISTRATE JUDGE**